UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No: 20-03614-JAF

Amos L Melvin Sr

_____ Debtor(s)./

**TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING
TRUSTEE TO EMPLOY NAJI HASSAN AS REAL ESTATE AGENT FOR ESTATE**

The Trustee, Doreen Abbott, applies for an Order Authorizing the Trustee to employ Naji Hassan of 7 Star Realty as Real Estate Agent for this Estate and would show:

1. The Estate owns real property located 325 Scenic Point Lane, Fleming Island, FL 32003. The Debtor scheduled the property with a value of $248,004 and liens of $187,483.34; $51,039.64; and 88,832.49.

2. The Trustee desires to employ the Real Estate Agent to represent and assist the Trustee in selling the real property. The Real Estate Agent will list the property for sale, solicit bids, negotiate with lenders and potential buyers, and consummate a sale.

3. After reviewing the facts and issues in this case, the Trustee has concluded that the assistance of a Real Estate Agent is necessary to enable the Trustee to discharge the Trustee's statutory duties. The Trustee has selected this Real Estate Agent because it has the ability and experience to render the necessary assistance, and is familiar with the real estate market in area where the real property is located.

4. The Real Estate Agent has agreed to charge his customary fee of eight percent (8%) of the gross sale price of each Property is more than $50,000 and a flat fee of $3,000 if the gross sale price of each Property is less than $50,000, payment of which will be made closing, subject to the approval of the court pursuant to 11 U.S.C. §330 and is not guaranteed.

5. To the best of the Trustee's knowledge, the Real Estate Agent has no connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and is thus disinterested within the meaning of 11 U.S.C. §101(14).

Dated: January 12, 2021

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid or via electronic delivery via CM/ECF if the recipient is an authorized CM/ECF user, on January 12, 2021:

Naji Hassan of 7 Star Realty, 9951 Atlantic Boulevard, Suite 130, Jacksonville , FL 32225
Office of United States Trustee

/s/ Doreen Abbott
Post Office Box 56257
Jacksonville, FL  32241-6257
(904) 886-9459
Trustee

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

AMOS L. MELVIN, SR.                                    Case No.: 3:20-bk-03614-JAF

                                                       Chapter 7

　　　　Debtors.
_____/

**DECLARATION OF PROPOSED REAL ESTATE AGENT FOR ESTATE**

　　　　I, NAJI HASSAN, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the following statements are true and correct:

　　　　1.　　I am a duly qualified Real Estate Agent, doing business at 7 Star Realty, Inc., 9951 Atlantic Blvd., Suite 130, Jacksonville, Florida 32225.

　　　　2.　　I do not have any interests adverse to the debtor, the estate, or any creditor or party in interest. I do not have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and am thus disinterested within the meaning of 11 U.S.C. §101(14).

　　　　3.　　I shall agree to charge a customary fee of 8% of the gross sale price of the real property if more than $50,000 and a flat fee of $3,000 if the gross sale price of the real property is less than $50,000, payment of which will be made at closing.

Dated: December 31, 2020.　　　　　　　　　　7 STAR REALTY, INC.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Naji Hassan
　　　　　　　　　　　　　　　　　　　　　　　　9951 Atlantic Blvd., Suite 130
　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32225
　　　　　　　　　　　　　　　　　　　　　　　　(904) 425-8280
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (904) 677-7866
　　　　　　　　　　　　　　　　　　　　　　　　6738050@gmail.com