UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No:   20-03614-JAF

Amos L Melvin Sr

_____    Debtor(s)./

## TRUSTEE'S APPLICATION FOR ORDER
## AUTHORIZING EMPLOYMENT OF PETER MOCKE AS APPRAISER

      The Trustee, Doreen Abbott, applies for an Order Authorizing the Employment of Peter Mocke as Appraiser of this Estate and would show:

1. The estate owns tangible personal property.
2. The Trustee desires to employ Peter Mocke. to: appraise all of the tangible personal property of the debtor(s); prepare a report of the appraiser's opinion of the value of the estate's tangible personal property; and assist the Trustee in carrying out the Trustee's duties under the Bankruptcy Code.
3. After reviewing the facts and issues in this case, the Trustee has concluded that the assistance of an appraiser is necessary to enable the Trustee to discharge the Trustee's statutory duties.
4. The Trustee has selected this appraiser because the appraiser has the ability and experience to render the necessary assistance. The appraiser has further agreed to seek compensation at an hourly rate of $100.00 subject to the approval of the court pursuant to 11 U.S.C. §330 and is not guaranteed.
5.1 To the best of the Trustee's knowledge, the appraiser has no connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee and is thus disinterested within the meaning of 11 U.S.C. §101(14).

     Dated:  March 8, 2021

     I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, on March 8, 2021:

Peter Mocke, Appraiser
PO Box 1623
Ponte Vedra, FL  32004

                                                              /s/ Doreen Abbott
                                                              P.O. Box 56257
                                                              Jacksonville, FL  32241-6257
                                                              (904) 886-9459
                                                              Trustee

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: **MELVIN, AMOS L.**  CASE NO: **20-03614-JAF**
       Debtor

---

**DECLARATION OF PROPOSED APPRAISER FOR ESTATE**

I, Peter Mocke, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the following statements are true and correct:

1. I am a duly qualified appraiser, doing business at 3725 Spring Park Rd, Jacksonville, FL 32207.

2. My present hourly billing rate is $100.00

3. I do not have any interests adverse to the debtors, the estate, or any creditor or party in interest. I do not have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and am thus disinterested within the meaning of 11 U.S.C. §101(14).

Dated: 03/01/2021

                                                   Peter Mocke, GPPA

                                                   P.O. Box 1623,
                                                   Ponte Vedra, FL 32004
                                                   (904) 403-3055
                                                   Appraiser